UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARINA A. PETERSON,

    Plaintiff,

v.

AT&T SERVICES, INC. d/b/a                Case No. 06-15102
AT&T SERVICES, a foreign corporation,
and ALICIA M. SMITH, jointly and          Honorable Patrick J. Duggan
severally,                                         Magistrate Judge Steven D. Pepe

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION IN LIMINE

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on_July 24, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendants' Motion in Limine to preclude Plaintiff from attempting to introduce at trial evidence of alleged retaliation by AT&T against Plaintiff. This matter was discussed with the parties at a pretrial hearing on July 23, 2008.

Plaintiff has not pled a claim for retaliation in this case.[1] Therefore, any evidence of alleged retaliation is not relevant to Plaintiff's claim in this case and Plaintiff shall be precluded, in this case, from offering any evidence of alleged retaliation.

---

[1] On April 25, 2008, Plaintiff filed a separate lawsuit against AT&T alleging a retaliation claim in violation of the ADA and PWDCRA.

**SO ORDERED.**

                                          <u>s/PATRICK J. DUGGAN</u>
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Robert R. Stearns, Esq.
Terence V. Page, Esq.
John M. Boyda, Esq.