UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARINA A. PETERSON,

    Plaintiff,

-vs-                                      CASE NO. 06 - 15102
                                          HON. PATRICK J. DUGGAN
AT&T SERVICES, INC. d/b/a       MAGISTRATE JUDGE STEVEN D. PEPE
AT&T SERVICES a foreign
corporation and ALICIA M. SMITH,
jointly and severally

    Defendants.
==================================================================

**STEARNS & COPPINS, PLLC**      **TERENCE V. PAGE (P18586)**
BY: **ROBERT R. STEARNS (P55188)**  **JOHN M. BOYDA (P39268)**
**SHAWN J. COPPINS (P63128)**     **HARDY, LEWIS, & PAGE**
Attorneys for Plaintiff                 Attorneys for Defendants
28800 Van Dyke Ave., Suite 101      401 S. Old Woodward Avenue, Suite 400
Warren, MI 48043                    Birmingham, MI 48009-6629
(586) 751-0700                      248-645-0800
rstearns@stearnscoppins.com       jmb@hardylewis.com

                                          **ALBERT CALILLE (P26819)**
                                          Co-Counsel for Defendants
                                          444 Michigan Ave., Suite 1750
                                          Detroit, MI 48226
                                          (313) 223-0964

==================================================================

## ORDER FOR DISMISSAL WITH PREJUDICE

    At a session of said Court held in the United. States
Courthouse, 231 Lafayette Blvd., Detroit, Michigan,
on October 20, 2008.

    PRESENT: Hon. Patrick J. Duggan
                  United States District Judge

    Upon reading and filing the attached Stipulation for Dismissal with Prejudice of the

parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and the same is hereby dismissed with prejudice and without costs, interest and attorney fees to any party.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 20, 2008 October 20, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 20, 2008October 20, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager